1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*E-FILED - 5/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAL CASTILLO,                                    )          No. C 06-3225 RMW (PR)
                                                 )
                        Plaintiff,               )          JUDGMENT
                                                 )
        vs.                                      )
                                                 )
SAN JOSE POLICE                                  )
DEPARTMENT, et al.,                              )
                                                 )
                        Defendants.              )
_____        )

        The court has dismissed the instant civil rights action for failure to state a

cognizable claim for relief.  The clerk shall close the file.

        IT IS SO ORDERED.

DATED: __5/23/08_____                    _Ronald M. Whyte_____
                                          RONALD M. WHYTE
                                          United States District Judge